UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARLYN SKINNER<br>6915 Heidelberg Road<br>Lanham, MD 20706<br><br>    Plaintiff,<br><br>v.<br><br>T. ROBINSON AHLSTROM<br>The Washington Latin School<br>3855 Massachusetts Avenue, N.W.<br>Washington, D.C.  20016<br>and<br>THE WASHINGTON LATIN SCHOOL<br>3855 Massachusetts Avenue, N.W.<br>Washington, DC 20016<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

COMPLAINT FOR DAMAGES
(Equal Employment Opportunity)

JURISDICTION AND VENUE

1. This is an action to vindicate the right against racial discrimination and retaliation in employment secured by the Civil Rights Act of 1866, 42 U.S.C. §1981, as amended by the Civil Rights Act of 1991 ("Section 1981"), and the District of Columbia Human Rights Act, D.C. Code §1401.01, et seq. ("DCHRA").  The Court has original jurisdiction of Plaintiff's Section 1981 claims pursuant to 28 U.S.C. §1343(3); and supplemental jurisdiction of Plaintiff's DCHRA claims pursuant to 28 U.S.C. 1367(a).

2. Venue is proper in the District of Columbia pursuant to 28 U.S.C. §1391(b), in that the Washington Latin School (or "the School") maintains its principal place of business in the District of Columbia, and its Headmaster T. Robinson Ahlstrom (or "Ahlstrom") and other officials engaged in the racist and retaliatory practices at issue in the District of Columbia.

PARTIES

3. Plaintiff Haryln Skinner ("Plaintiff" or "Skinner" hereafter) is an adult African American citizen of the United States residing in the State of Maryland. At all times relevant to this Complaint for Damages, Skinner was an employee of the Washington Latin School.

4. Defendant Ahlstrom is a white male. At all times relevant to this Complaint for Damages, Ahlstrom was an "employer" within the meaning of the DCHRA, and is therefore named in his individual capacity.

5. Defendant Washington Latin School is a public school chartered by the District of Columbia, and an "employer" within the meaning of the DCHRA.

FACTS

6. Skinner began the 2006-07 academic year at the School as a math teacher in its elementary school program. She holds a bachelor's degree from Yale University, and throughout the period of her employment by the School was otherwise qualified to teach mathematics in the public schools of the District of Columbia.

7. Skinner became aware of racist conduct on the part of certain white students in the School, who among other things used racist language and otherwise treated African Americans as inferior.

8. Skinner felt strongly that Ahlstrom and the School should take forceful action against such conduct, and that by failing to do so Ahlstrom and the School were in effect tolerating racist conduct serving to create a hostile environment for each and every African American student and staff member at the School.

9. Some time in October 2006 Skinner went to Ahlstrom to object to the School's failure to take more forceful action against racist conduct, which she believed to be creating a hostile environment for each and every African American student and staff member at the School.

10. Ahlstrom, who was himself married to an African American, became furious with Skinner, and demanded that she furnish a written apology for opposing discriminatory conduct in terms including failure to take more forceful action was tantamount to tolerating racist conduct. Skinner told Ahlstrom that, while regretting that it gave offense, she would not apologize for speaking the truth as she saw it.

11. Upon information and belief, Ahlstrom, despite having married an African American woman, still suffers from an aggravated sense of white superiority, and became furious when an African American female subordinate proved courageous enough to stand up to him and speak her mind, and would not have felt the same resentment had he heard such opposition to racial discrimination expressed in similar terms by a white person.

12. Skinner was stripped of her teaching duties mid-way through the academic year, and replaced by a non-African American female from India no more qualified than Skinner to teach mathematics at the elementary school level. Thereafter Skinner was given trivial make-work assignments intended to humiliate her into resignation.

13. On March 14, 2007, the School gave Skinner notice that her contract would not be renewed for the 2007-08 academic year.

14. Skinner was stripped of her teaching duties mid-way through an academic year, replaced by a non-African American female from India no more qualified, given trivial make-work assignments intended to humiliate her into resignation, and ultimately terminated, on account of her African American race, and because she expressed opposition to conduct by Ahlstrom and the School that she reasonably believed to be racially discriminatory.

## CLAIMS

### COUNT I:  Section 1981 (Racial Discrimination)

15. Plaintiff realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 14.

16. Defendants stripped Plaintiff of teaching duties for which she was qualified, terminated her employment, and otherwise subjected her to discrimination on account of race, thereby denying Plaintiff the right to make and enforce contracts on the same basis and with the same freedom enjoyed by white citizens of the United States, all in violation of Section 1981.

17. Defendants have engaged in discriminatory and unlawful employment practices which have been intentional, deliberate, willful, repetitive, systematic, and conducted in callous disregard of Plaintiff's rights.

18. As a direct and proximate result of Defendants' conduct as aforesaid, Plaintiff has suffered racial discrimination, and the severe mental distress that is the natural and probable consequence of racist treatment.

COUNT II: Section 1981 (Retaliation)

19. Plaintiff realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 14.

20. Plaintiff opposed conduct by Defendants that she reasonably believed to be racially discriminatory in violation of Section 1981.

21. In order to retaliate against and punish Plaintiff for opposition to conduct she reasonably believed to be racially discriminatory in violation of Section 1981, Defendants stripped Plaintiff of her teaching duties, attempted to humiliate her into resigning, and ultimately terminated her, in further violation of Section 1981.

22. Defendants have engaged in discriminatory and unlawful employment practices which have been intentional, deliberate, willful, repetitive, systematic, and conducted in callous disregard of Plaintiff's rights.

23. As a direct and proximate result of Defendants' conduct as aforesaid, Plaintiff has suffered retaliation, and severe mental distress.

COUNT III: DCHRA (Racial Discrimination)

24. Plaintiff realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 14.

25. Defendants stripped Plaintiff of teaching duties for which she was qualified, terminated her employment, and otherwise subjected her to discrimination on account of race, all in violation of the DCHRA.

26. Defendants have engaged in discriminatory and unlawful employment practices which have been intentional, deliberate, willful, repetitive, systematic, and conducted in callous disregard of Plaintiff's rights.

27. As a direct and proximate result of Defendants' conduct as aforesaid, Plaintiff has suffered racial discrimination, and the severe mental distress that is the natural and probable consequence of racist treatment.

### COUNT IV: DCHRA (Retaliation)

28. Plaintiff realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 14.

29. Plaintiff opposed conduct by Defendants that she reasonably believed to be racially discriminatory in violation of the DCRA.

30. In order to retaliate against and punish Plaintiff for opposition to conduct she reasonably believed to be discriminatory in violation of the DCHRA, Defendants stripped Plaintiff of her teaching duties, attempted to humiliate her into resigning, and ultimately terminated her, in further violation of the DCHRA.

31. Defendants have engaged in discriminatory and unlawful employment practices which have been intentional, deliberate, willful, repetitive, systematic, and conducted in callous disregard of Plaintiff's rights.

32. As a direct and proximate result of Defendants' conduct as aforesaid, Plaintiff has suffered retaliation, and severe mental distress.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that the Court grant the following relief:

A. That the practices complained of herein be adjudged, decreed and declared to be violative of the rights secured by Section 1981 and the DCHRA.

B. That Plaintiff be awarded compensatory damages in an amount to be established at trial.

C. That Plaintiff be awarded punitive damages in an amount to be established at trial.

D. That the Court grant Plaintiff reasonable attorneys' fees and costs.

E. That the Court grant such other and further relief as the Court may deem just and proper.

LAW OFFICE OF JOHN P. RACIN

/s/
John P. Racin  Bar   No. 942003

1721 Lamont Street, N.W.
Washington, D.C.  20010
202  265-2516

Attorney for Plaintiff
Harlyn Skinner

## JURY DEMAND

Plaintiff requests trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

/s/
John P. Racin

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Harlyn Skinner Lanham, MD 20706
6915 Heidelberg Rd.

**DEFENDANTS** The Washington School
T. Robinson Ahlstrom

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF ___PG___
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES USE THE LOCATION OF THE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
John P. Racin
1721 Lamont Street, N.W.
Washington, DC 20010  202.265.

Case: 1:08-cv-00440
Assigned To : Bates, John D.
Assign. Date : 3/13/2008
Description: Employ. Discrim.

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*
☐ 410 Antitrust

### ☐ B. *Personal Injury/Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

|  ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ H. *Employment Discrimination*<br>☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Racial discrimination and retaliation in employment pursuant to 42 U.S.C. 1981 and 28 U.S.C. 1343(#).

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $** N/A   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES  ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction) ☐ YES ☐ NO   If yes, please complete related case form.

DATE 3/13/08   SIGNATURE OF ATTORNEY OF RECORD  /s/ _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.