UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARLYN SKINNER,

    Plaintiff,

        v.

T. ROBINSON AHLSTROM, et al.,

    Defendants.

Civil Action No. 08-440 (JDB)

## ORDER

    Under Rule 4(m) of the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time. More than 120 days have passed since the filing of the complaint in this civil action. It does not appear from the record that the complaint has been served on defendants T. Robinson Ahlstrom or Washington Latin School. Accordingly, it is hereby

    **ORDERED** that plaintiff shall, by not later than August 6, 2008, either (1) file with the Court proof that defendants have been served with the summons and amended complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed. If plaintiff fails to comply with this Order or if the Court determines that plaintiff has not shown good cause for the failure to complete service in compliance with Rule 4(m), this case

will be dismissed without prejudice.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date:  July 17, 2008