UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARLYN SKINNER**<br><br>**Plaintiff,**<br><br>v.<br><br>**T. ROBINSON AHLSTROM,** *et al.,*<br><br>**Defendants.** | Case No. 1:08–cv-00440-JDB |

**ENTRY OF APPEARANCE OF JAMES R. KLIMASKI
ON BEHALF OF PLAINTIFF HARLYN SKINNER**

The Clerk will please enter the appearance of James R. Klimaski, and Klimaski & Associates, P.C., on behalf of Plaintiff Harlyn Skinner in the above captioned case.

Respectfully submitted,

July 22, 2008

*/s/ James R. Klimaski*
James R. Klimaski, #243543
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, DC  20036-2245
Telephone: 202-296-5600
Fax: 202-296-5601
Klimaski@Klimaskilaw.com

July 22, 2008

*/s/ John P. Racin*
John P. Racin, #942003
1721 Lamont Street NW
Washington, DC  20010
202-265-2516

***Counsel to Harlyn Skinner***