UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARLYN SKINNER )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>T. ROBINSON AHLSTROM, *et al.* )<br>)<br>  Defendants. )<br>_____ ) | Civil Action No. 08-cv-0440 (JDB) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Harlyn Skinner, through undersigned counsel, hereby dismisses the action against Defendants pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, such dismissal to be with prejudice.

Respectfully submitted,

July 22, 2008        */s/ John P. Racin*
John P. Racin, #942003
1721 Lamont Street NW
Washington, DC  20010
202-265-2516

July 22, 2008        */s/ James R. Klimaski*
James R. Klimaski, #243543
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, DC  20036-2245
Telephone: 202-296-5600
Fax: 202-296-5601
Klimaski@Klimaskilaw.com

*Counsel to Harlyn Skinner*